Case Name:   CUSTOM CARPENTRY SERVICES, INC.
Case No:        06 B 71358

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 6/12/07                                 WILLIAM T. NEARY
                                                        United States Trustee, Region 11


                              BY:     __/s/_____
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee