**JPMorganChase**

June 30, 2007 through July 31, 2007

Primary Account: **000312060160665**

**IMAGES**

ACCOUNT # 000312060160666



008570202136 JUL 24 #0000000101 $1,786.00



008570202136 JUL 24 #0000000101 $1,786.00



008970861154 JUL 25 #0000000102 $2,428.62




008970861154 JUL 25 #0000000102 $2,428.62

Exhibit "A"



**JPMorganChase**

June 30, 2007 through July 31, 2007
Primary Account: **000312060160665**

ACCOUNT # 000312060160666



008570202137 JUL 24 #0000000103 $29.40

008570202137 JUL 24 #0000000103 $29.40



008670220142 JUL 24 #0000000104 $9,776.87

008670220142 JUL 24 #0000000104 $9,776.87

**JPMorganChase**

June 30, 2007 through July 31, 2007
Primary Account: **000312060160665**

ACCOUNT # 000312060160666





008370733182 JUL 25 #0000000105 $2,775.71



008370733182 JUL 25 #0000000105 $2,775.71



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312060160666 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312060160665 | $16,794.81 | $0.00 |
| **Total** | **$16,794.81** | **$0.00** |
| **TOTAL ASSETS** | **$16,794.81** | **$0.00** |

**All Summary Balances** shown are as of July 31, 2007 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without …

Exhibit "B"